Doris ERWIN, Appellant,

v.

STATE of Texas, Appellee.

No. 30837.

Court of Criminal Appeals of Texas.

June 10, 1959.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is the sale of whisky in a dry area; the punishment, a fine of $100.

The complaint charges no one with the sale of whisky, the place for the name of the accused being blank.

The information, not being based upon a valid complaint, will not sustain a judgment of conviction. Simmons v. State, 159 Tex.Cr.R. 125, 261 S.W.2d 720.

The judgment is reversed and the prosecution is ordered dismissed.